UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNY ALEXANDER ESCOBAR, | No. 1:25-cv-01801-DJC-EFB |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner as filed a Motion for Order to Show Cause (ECF No. 27) and Respondents have filed a Request for Clarification (ECF No. 30) in response. In short, the parties disagree over what is required by the Court's February 20, 2026 Order (ECF No. 26). In that Order, the Court found that Petitioner had met the *Winter* factors and ordered Respondents to provide Petitioner with "a meaningful opportunity to be heard on his fear based claim before an immigration judge in compliance with due process." (*Id.* at 2–3.)

The Court now clarifies that due process requires notice and a full and fair hearing where Petitioner is able to present evidence regarding his fear-based claim to a neutral adjudicator with the assistance of counsel. *See A.A.M. v. Andrew*, No. 1:25-cv-01514-DC-DMC, 2025 WL 3685159, at *7 (E.D. Cal. Dec. 19, 2015). The Court takes no position regarding the appropriate procedural mechanism to provide

1

Petitioner with adequate process, so long as the hearing he receives adequately satisfies the requirements of due process as stated in this Order.

This Order resolves both Petitioner's Motion (ECF No. 27) and Respondents' Request for Clarification (ECF No. 30).

IT IS SO ORDERED.

Dated:   **March 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE