UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONNY ALEXANDER ESCOBAR,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:25-cv-01801-DJC-EFB (HC)

ORDER

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully

---

[1] Respondents request a 60-day extension of time to file objections, "in order to file updated briefing following a hearing at the immigration court level."  ECF No. 30.  The court finds no good cause for such an extension, and will therefore deny it.

1

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  However, while this Court has previously ordered that Respondents not transfer Petitioner outside the Eastern District of California so as to preserve the Court's jurisdiction (ECF No. 22), now that the Court is granting a permanent injunction, such relief is no longer warranted.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 5, 2026 are adopted in part.

2. Respondents' motion to dismiss (ECF No. 15) is DENIED.

3. Petitioner's amended petition for writ of habeas corpus (ECF No. 17) is GRANTED.

4. Respondents are ENJOINED AND RESTRAINED from removing petitioner via a 3rd-country deportation without providing him and his counsel a meaningful notice and opportunity to assert a fear-based claim before an Immigration Judge.

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2