United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonny Alexander ESCOBAR,<br><br>Petitioner,<br><br>v.<br><br>Christopher CHESTNUT, et al.,<br><br>Respondents. | 1:25-cv-01801-DJC-EFB<br><br>**RELATED CASE ORDER** |
| Jonny Alexander ESCOBAR,<br><br>Petitioner,<br><br>v.<br><br>Christopher CHESTNUT, et al.,<br><br>Respondents. | Case No.  1:26-cv-03568-AMO |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 1:26-cv-03568-AMO is reassigned to District Judge Daniel J. Calabretta, and the caption shall read 1:26-cv-03568-DJC-

//

//

EFB. Any dates currently set in 1:26-cv-03568-AMO are hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 11, 2026

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

United States District Court
Northern District of California

2